## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Disability Support Alliance, on behalf of its members, Melanie Davis, | Civil No. 15-2463 (RHK/JJK) |
| Plaintiffs, | **DISQUALIFICATION AND ORDER FOR REASSIGNMENT** |
| v. | |
| Rounders Inc., Hayes Properties of Mankato LLC, | |
| Defendants. | |

---

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 19, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: May 14, 2015

                                                 s/Richard H. Kyle
                                                 RICHARD H. KYLE
                                                 United States District Judge